UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MICHAEL DEMAR JINGLES, | Case No. 3:22-cv-00252-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BACA, *et al.*, | |
| Respondents. | |

*Pro se* Petitioner Michael DeMar Jingles has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) Jingles has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if they submit an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Jingles will have 45 days from the date of this order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

It is therefore ordered that the initial screening of Petitioner Michael DeMar Jingles' petition for writ of habeas corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

It is further ordered that within 45 days of the date of this order, Jingles must file an IFP application that includes a: (a) financial certificate signed by Jingles and an authorized prison official, (b) financial declaration and acknowledgement signed by Jingles, and (c) copy of Jingles' inmate account statement for the six-month period prior to filing. Alternatively, Jingles must pay the $5 filing fee within 45 days. If Jingles decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee. Jingles' failure to timely comply with this Order will result in the dismissal of the petition without prejudice and without further advance notice.

DATED THIS 10th Day of June 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE